GUSTAVUS ISAACS, Respondent, *v.* JOHN DAWSON et al., Appellants.

*Isaacs* v. *Dawson,* 70 App. Div. 232, affirmed.
(Argued March 23, 1903; decided April 7, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 29, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*David Thornton* for appellants.

*Frank M. Avery* and *M. A. Kursheedt* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

GUSTAV LINDENTHAL, Appellant, *v.* GERMANIA LIFE INSURANCE COMPANY, Respondent.

(Submitted March 30, 1903; decided April 7, 1903.)

Motion for reargument denied, with ten dollars costs. (See 174 N. Y. 76.)